IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY R. KECK, | |
| Plaintiff, | 8:18CV476 |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security; | |
| Defendant. | |

Plaintiff has submitted an Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 2](#)). Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 2](#)) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

Dated this 9th day of October, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge