IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY R. KECK,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>        Defendant. | **8:18CV476**<br><br>**ORDER** |

Pursuant to the stipulation filed herein, Filing No. 33, the Court hereby grants the stipulation for attorney fees as set forth therein.

Dated this 19th day of August, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge